# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, *et al.*

v.

BRUSKI EXCAVATING INCORPORATED, an Illinois corporation

Docket Number:

**07CV6159**
**JUDGE LEFKOW**
**MAG. JUDGE NOLAN**

TO:  Bruski Excavating Incorporated
c/o Karlen R. Covey, Registered Agent
7908 Route 14, Suite B
Crystal Lake, IL  60012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk
(by) Deputy Clerk

OCT 31 2007
Date

**United States District Court**
**Northern District of Illinois**

Docket No. 07 CV 6159

### AFFIDAVIT OF SERVICE

**JAMES A. COBB** deposes and says that he is a registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Tuesday, November 6, 2007 at 11:27 AM by leaving a true and correct copy of the attached Summons and a copy of the Complaint or Petition with BRUSKI EXCAVATING, INC. as shown below:

SERVED the within named **BRUSKI EXCAVATING, INC.** by delivering a true copy of the Summons and a copy of the Complaint or Petition to **Karlen R. Covey, Registered Agent,** a person authorized to accept service of process as agent.

Said service was effected at **Covey & Covey, 7908 Highway 14, Suite B, Crystal Lake, IL, 60012**.

DESCRIPTION of Person Served: 50 (?) yrs., Sex: Male; Race/Skin Color: White;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

NOV 0 6 2007
Dated

James A. Cobb