**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) | NO. 07 C 6159 |
| BRUSKI EXCAVATING INCORPORATED, an Illinois corporation, | ) | JUDGE JOAN H. LEFKOW |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND FOR AN ORDER**
**DIRECTING DEFENDANT TO TURN OVER**
**MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing BRUSKI EXCAVATING INCORPORATED, an Illinois corporation, Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of August 2007 through October 2007, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to liquidate Plaintiffs' claims.

On November 6, 2007, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 26, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of December 2007:

        Mr. Karlen R. Covey, Registered Agent
        Bruski Excavating Incorporated
        7908 Route 14, Suite B
        Crystal Lake, IL   60012


        /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Bruski Excavating\motion for default and order for reports.bpa.df.wpd