**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 6159 |
| | ) | |
| BRUSKI EXCAVATING | ) | JUDGE JOAN H. LEFKOW |
| INCORPORATED, an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Mr. Karlen R. Covey, Registered Agent
        Bruski Excavating Incorporated
        7908 Route 14, Suite B
        Crystal Lake, IL   60012

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **11th** day of **December 2007** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Joan H. Lefkow, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1925, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports.  A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of December 2007:

    Mr. Karlen R. Covey, Registered Agent
    Bruski Excavating Incorporated
    7908 Route 14, Suite B
    Crystal Lake, IL   60012


      /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Bruski Excavating\notice of motion.bpa.df.wpd