## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6159 | **DATE** | 12/11/2007 |
| **CASE TITLE** | Dugan vs. Bruski Excavating Incorporated | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 1/24/2008 at 9:30 a.m. Motion hearing held. Plaintiffs' motion for entry of default and for an order directing defendant to turn over monthly fringe benefit contribution reports [10] is granted. Defendant is found to be in default. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|