

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

WILLIAM E. DUGAN, *et al.*,     )

                          )

          Plaintiffs,     )     CIVIL ACTION

                          )

     vs.               )     NO. 07 C 6159

                          )

BRUSKI EXCAVATING     )     JUDGE JOAN H. LEFKOW
INCORPORATED, an Illinois corporation,  )

                          )

          Defendant.     )

## ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, BRUSKI EXCAVATING INCORPORATED, an Illinois corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1.     It has jurisdiction of the subject matter herein and of the parties hereto.

2.     The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3.     The Defendant is obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4.     The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5.    Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

6.    Defendant has failed to submit its monthly fringe benefit contribution reports for the months of August 2007 through October 2007.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A.    That Defendant submit its monthly fringe benefit contribution reports for the months of August 2007 through October 2007, within fourteen (14) days of the entry of this Order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due from Defendant.

B.    The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering judgment against Defendant.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: __DEC 1 1 2007__

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com