### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 6159 |
| | ) | |
| BRUSKI EXCAVATING INCORPORATED, an Illinois corporation, | ) ) | JUDGE JOAN H. LEFKOW |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

TO:   Mr. Karlen R. Covey, Registered Agent
Bruski Excavating Incorporated
7908 Route 14, Suite B
Crystal Lake, IL   60012

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

The reason for the dismissal of this action is that Plaintiffs were advised on December 19, 2007 that the Defendant is and since December 13, 2007 has been operating under the protection of the United States Bankruptcy Court for the Northern District of Illinois, pursuant to a voluntary Petition under Chapter 7 of the Bankruptcy Code.  Accordingly, all matters in dispute will be taken up before the Bankruptcy Court.

/s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of January 2008:

      Mr. Karlen R. Covey, Registered Agent
      Bruski Excavating Incorporated
      7908 Route 14, Suite B
      Crystal Lake, IL  60012


      /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Bruski Excavating\notice of dismissal.bpa.df.wpd