## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Wiiliam E Dugan, et al.
                                              Plaintiff,

v.                                                              Case No.: 1:07−cv−06159
                                                                     Honorable Joan H. Lefkow

Bruski Excavating Incorporated
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Pursuant to Notice of Dismissal, case dismissed without prejudice. Status hearing of 1/24/2008 stricken. Civil case terminated.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.